IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VAHAN KELERCHIAN, <br>             Plaintiff, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, WILLIAM BARR AND UNITED STATES OF AMERICA, <br>             Defendants. | CIVIL ACTION <br><br><br><br> NO.  20-253 |

## ORDER

**AND NOW**, on this 17th day of July, 2020, upon consideration of Defendants' Bureau of Alcohol, Tobacco, Firearms and Explosives, Regina Lombardo, William Barr, and United States of America's Federal Rule of Civil Procedure 12(b)(1) Motion to Dismiss for lack of jurisdiction ECF No. 7), Plaintiff Vahan Kelerchian's Response in Opposition (ECF No. 8), and Defendants' Reply in Support (ECF No. 9), **IT IS ORDERED** that the Motion is **GRANTED**.  Upon consideration of Defendants' Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss for failure to state a claim and the briefing herein, **IT IS ORDERED** that the Motion is **DENIED AS MOOT**.

Plaintiff's Complaint shall be **DISMISSED WITH PREJUDICE** and the Clerk of Court **SHALL CLOSE** this case.

BY THE COURT:

/s/ Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE**