Joshua Prince, Esq.
Attorney Id No. 306521
Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 313-0416, ext 81114 (t)
(610) 845-3903 (f)
Joshua@PrinceLaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VAHAN KELERCHIAN** : | |
|     Plaintiff : | |
| : | |
| **v.** : | Civil Action No. 2:20-CV-253 |
| : | |
| **BUREAU OF ALCOHOL, TOBACCO,** : | |
| **FIREARMS AND EXPLOSIVES,** *et al.* : | |
|     Defendants : | |

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that Petitioner Vahan Kelerchian hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Opinion and Order entered on July 17, 2020 [ECF Doc. 14 and Doc. 15] and denial of reconsideration thereof entered on August 12, 2020.

Dated: October 9, 2020

                                              Respectfully Submitted,

                                              Joshua Prince, Esq.
                                              Attorney Id. No. 306521
                                              Joshua@PrinceLaw.com

                                              Prince Law Offices, P.C.
                                              646 Lenape Road
                                              Bechtelsville, PA 19505
                                              888-313-0416

                                              610-845-3903 (fax)

                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Appeal* was filed electronically through the Eastern District of Pennsylvania Electronic Filing System. Notice of this filing will be sent by operation of the court's Electronic Filing System to all registered users in this case.

                                                              Joshua Prince, Esq.
                                                              Attorney Id. No. 306251

                                                              Prince Law Offices, P.C.
                                                              646 Lenape Rd
                                                              Bechtelsville, PA 19505
                                                              610-313-0416
                                                              610-845-3903 (fax)

                                                              Attorney for Plaintiff