IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VAHAN KELERCHIAN** : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 2:20-CV-253 |
| : | |
| **BUREAU OF ALCOHOL, TOBACCO,** : | |
| **FIREARMS AND EXPLOSIVES,** *et al.* : | |
| Defendants : | |

# ORDER

**AND NOW**, this 8th day of July, 2022,

**WHEREAS**, on July 15, 2020, on Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) this Court dismissed with prejudice Kelerchian's Complaint (ECF No. 14 & 15);

**WHEREAS**, on July 31, 2020, Kelerchian filed a Motion for Reconsideration or Leave to Amend (ECF No. 16);

**WHEREAS**, on August 12, 2020, this court denied Kelerchian's Motion for Reconsideration or Leave to Amend (ECF No. 18);

**WHEREAS,** Kelerchian appealed the dismissal of his Complaint to the Third Circuit;

**WHEREAS**, in *Kelerchian v. Bureau of Alcohol Tobacco Firearms & Explosives*, No. 20-3065, 2021 WL 2910934, at *4 (3d Cir. July 12, 2021) the Third Circuit:

1. Vacated "the part of the order dismissing the [C]omplaint with prejudice," *id*.; and,

2. Vacated as moot "the order denying the motion for reconsideration or leave to amend," such that Kelerchian's Motion for Reconsideration or Leave to Amend was reinstated. *Id*.

**WHEREAS**, Federal Rule of Civil Procedure 15 requires that, outside of amending a pleading as matter of course pursuant to Rule 15(a)(1)—which is not applicable here—"a party

1

may amend its pleading only with the opposing party's written consent or the court's leave," Fed. R. Civ. P. 15(a)(2);

**WHEREAS**, on January 21, 2022, without securing written consent of the Defendant or seeking leave to amend from the Court, Kelerchian filed an Amended Complaint (ECF 22);

**WHEREAS**, given the Third Circuit's ruling, currently before the Court is Kelerchian's reinstated Motion for Reconsideration or Leave to Amend;

**IT IS HEREBY ORDERED THAT**:

1. Kelerchian's Amended Complaint (ECF No. 22) is **DISMISSED WITHOUT PREJUDICE** as **IMPROPERLY FILED**;

2. Kelerchian's reinstated Motion for Reconsideration is **DENIED**;

3. In view of the Third Circuit's note that in his Motion to Amend (now reinstated) "Kelerchian has not explained in the District Court . . . how he would amend his complaint to state a claim," *id*., Kelerchian will be permitted to file no later than August 26, 2022 a renewed Motion to Amend his Complaint and shall attach his proposed Amended Complaint to such Motion;

4. Defendant shall have until September 16, 2022 to file a response to the renewed Motion;

5. The Government's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 27) is **DISMISSED AS MOOT**.

        **BY THE COURT:**

        **/S/WENDY BEETLESTONE, J.**

        _____
        **WENDY BEETLESTONE, J.**