Joshua Prince, Esq.
Attorney Id. No. 306521
Joshua@PrinceLaw.com

Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 313-0416 (t)
(610) 845-3903 (f)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VAHAN KELERCHIAN** | : | |
| | : | |
| **Plaintiff** | : | Civil Action No. 2:20-cv-00253-WB |
| | : | |
| **v.** | : | |
| | : | |
| **BUREAU OF ALCOHOL,** | : | |
| **TOBACCO, FIREARMS AND** | : | |
| **EXPLOSIVES, et al.** | : | |
| | : | |
| **Defendants** | : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE OF COURT TO AMEND

Plaintiff, by and through his counsel, move this Honorable Court to allow for the amendment of his complaint pursuant to the Court's July 8, 2022 Order and Fed. R. Civ. P. 15(a)(2).

Pursuant to Local Rule 7.1, Plaintiff inquired with Defendants as to whether they would oppose this motion and Defendants represented they would not. A copy of the amended complaint, supporting brief, and proposed order are attached hereto pursuant to the Court's Local Rules.

Respectfully Submitted,

Joshua Prince, Esq.
Attorney Id. No. 306521
Joshua@PrinceLaw.com

Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)

Attorney for Petitioner

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Brief

was filed electronically through the Eastern District of Pennsylvania Electronic

Filing System. Notice of this filing will be sent by operation of the court's Electronic

Filing System to all registered users in this case.

Joshua Prince, Esq.
Attorney Id. No. 306251

Prince Law Offices, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
610-313-0416
610-845-3903 (fax)

Attorney for Plaintiff