IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VAHAN KELERCHIAN,<br>  Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES AND UNITED STATES OF AMERICA,<br>  Defendants. | CIVIL ACTION<br><br><br><br>NO.  20-0253 |

# O R D E R

**AND NOW**, this 8th day of February, 2023, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF Nos. 34 & 31), Plaintiff's response thereto (ECF No. 37), and Defendants' Reply (ECF No. 38), **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **GRANTED.**   The Amended Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to terminate this matter.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**